7022 3330 0001 7752 4576

By: Janae'-E.: Walton, Sui Juris
c/o 909 Main Street
Charleston, West Virginia Republic

**Name of Parties:**

JULIE A. PENCE
LERA K. VANMETER
CATHY S. GATSON
BARBARBA UTT
J. TIMOTHY DIPIERO
AHMARI N. SMITH



2:23-cv-00434

Re:  Kanawha County Family Court Case #13-D-218

Chief Judge Johnston,

I, Janae'-E.: Walton, a flesh and blood, soul possessing human being and Executor/Beneficiary of the JANAE' E. WALTON, Cestui Que Vie Trust, actively rebuke and object to any contrary presumptions of Incompetence. I, Janae-'E.: Walton, the private natural biological parent of Jaivyn-Erik: Walton have established a security interest/beneficial ownership for said flesh and blood, soul possessing child who is currently being kidnapped by the above-named parties.

*The KANAWHA COUNTY FAMILY COURT OF WEST VIRGINIA and ALL parties, including JULIE A. PENCE, LERA K. VANMETER, CATHY S. GATSON, BARBARBA UTT, and J. TIMOTHY DIPIERO have acted in dishonor by failing to honor Notices (see exhibit #16) and to uphold their oath to the U.S. Constitution by disregarding the law, showing bias and by allowing personal beliefs (hearsay) to influence their decision making.*

On 14th day of November, 2022, I Janae'-E.: Walton, clearly and conspicuously placed JULIE A. PENCE and CATHY S. GATSON on NOTICE of my Political Status (see exhibit #1), as well as several other Notices (see exhibits #3, 4, 5), and each Notice were mailed Certified USPS (see exhibit #15), received and accepted by *acquiescence*. An unrebutted affidavit stands as 'truth in commerce' and by failing to challenge my affidavits, the opposing party have waived their right to contest my statements currently.

I, Janae'-E.: Walton, the EXECUTOR of the JANAE' E. WALTON TRUST, am writing today to settle the matter by demanding compensation for FEE SCHEDULE violations made against me (per my recorded NOTICE OF INTENT-FEE SCHEDULE) (see exhibit #4) and the return of my private flesh and blood, soul possessing human child; Jaivyn-Erik: Walton. Enclosed is an Invoice for said violations. (see exhibit #13)

**Legal basis for claims being made are as follows:**

- **NOTICE OF CLAIM of "sole relief and remedy" under Title 50, Section 7(c) and (e) of 2012-** The relief and remedy for a person who has been designated as an enemy and whose property has

been seized is to be compensated for the value of the property. The government has a duty to compensate people for their property when it takes that property without their consent. This duty is based on the Fifth Amendment to the U.S. Constitution, which protects against the taking of private property without just compensation. Notices of Private Property establishment have been dishonored several times and compensation for violation is due. (see exhibit #8-10)

- **Notice of violation of The Foreign Sovereign Immunities Act, Title 28, Section 1602-1611**- a federal law that governs the immunity of foreign states from the jurisdiction of the U.S. courts. The Family Court of Kanawha County, West Virginia and above stated parties, continue to proceed with recording orders in reference to Janae'-E.: Walton and Jaivyn-E.: Walton, whom are not in the jurisdiction of the U.S. (see exhibit #17)

- **Simulating Legal Process** by intimidating and harassing me with legal action the above stated parties do not have authority to take. (see exhibit 26)

- **Use of Trade Name and copyright protected material under Threat, Duress, and/or Coercion: Name written by the informant**- After clearly and conspicuously placing the above stated Parties on NOTICE of my DBA/ *'Certificate of Assumed Name'* (see exhibit #3), I continued to receive mail from the above stated parties.

- **Produce Any Personal Information for Any kind of Business Interaction: Any documents produced by me- per document**- For every document produced by me that was dishonored, another document was sent.

- **Trespass and/or Failure to Act- Trespass by public official(s), police officer(s), judge(s), attorney(s), corporation(s) and other fictional entities as well as all others who desire to contract:**

- Silence/Dishonor/Default- by Acquiescence

- **Failure to Present a Living Injured Party-** the said lawfully living, flesh and blood, soul possessing human child is **NOT** an injured party (Corpus Delicti).

- **Default by non-response or Incomplete Response; per occurrence and includes any Third-Party Defendant**

- **Forcing psychiatric evaluations; per day-** *Affidavit of Truth* written September 26, 2022, by Janae'-E.: Walton, stated that AHMARI N. SMITH is advised to take a psychiatric evaluation, and in response JULIE A. PENCE ordered JANAE' E. WALTON to take a psychiatric evaluation to allow visitation of said child.

- **Failure to honor the Constitutional Oath, by acting in dishonor-** Janae'-E.: Walton is being deprived of inalienable rights.

- **Confiscation/Kidnapping of a body not a U.S. Citizen; per day-** I, Janae'-E.: Walton, are the <u>private</u> natural biological parent of Jaivyn-E.: Walton and every day the living, breathing, flesh and blood human is not returned, he is being kidnapped.

- **CPS/Child Support/DCS- Under Threat, Duress, Coercion; per hour-** West Virgnia Bureau of Child Support has attempted to Contract with the ALL-CAPS name; JANAE' WALTON by mail and Contract was returned to sender as '*NO CONTRACT*'.

- **Services to others and/or Corporation(s): Under Threat, Duress, Coercion; per hour- Studying, Analyzing, Research, Preparing Documents, Answering and Providing Information.**

- **Title 18, USC, Section 241- Conspiracy Against Rights,** makes it a crime for two or more people to agree to deprive any person or class of persons of equal protection of the laws, or to deprive any person of life, liberty or property, without due process of law.

- **Title 18, USC, 242- Deprivation of Rights Under Color of Law-** JULIE A. PENCE deprived me, Janae'-E.: Walton, of my rights by dishonoring my NOTICES stating that I was NOT a citizen in the U.S. jurisdiction and by recusing herself from the case. (see exhibit #14)

- **Title 18, USC, Section 2071- Concealment-** a Federal law that makes it a crime to willfully and unlawfully conceal, remove, mutilate, obliterate, falsify, or destroy any record, proceeding, map, book, paper, document, or other thing filed or deposited with any clerk or officer of any court of the U.S., or in any public office, or with any judicial or public officer of the U.S.- Several Publicly recorded Notices have been addressed to JULIE A. PENCE and CATHY S. GATSON, Clerk of the Court and were dishonored. JULIE A. PENCE and CATHY S. GATSON were appointed as Fiduciaries and failed to object as well as honor my request. (see exhibits #11, 12 & 19)

- **Title 42, USC, Section 1983- Civil Action for Deprivation of Rights-** a Civil Rights law that allows individuals to sue state and local government officials for violating their Constitutional rights. I, Janae'-E.: Walton have been deprived of my inalienable rights, as well as suffered from financial losses and many years of pain and suffering due to my private property being kidnapped under duress and intimidation.

- **Title 42, USC, Section 1986- Action For Neglect to Prevent-** allows for Civil lawsuits to be filed against individuals who have knowledge of a wrongful act that is about to be committed and who have the power to prevent the commission of the wrong, but neglect or refuse to do so. Everyone in the above stated party received and accepted Notice of my Political Status, Baby Deed of Land Recording, Certificate of Assumed Name, Invoice for violations and Claim of Lien, and all proceeded to conspire against me, wrongfully and knowingly.

- **Self v. Rhay, 61 Wn. 2d 260 (1960)-** The common law is the real law, the Supreme Law of the Land, the code, rules, regulations, policies and statutes are "not the law." Legislated statutes enforced upon the people in the name of law are fraud.

- **Marbury v. Madison, 5th U.S. (2 Cranch) 137, 174, 175, (1803)**- "All laws, rules, and practices which are repugnant to the Constitution are null and void", American courts have the power to strike down laws and statutes that they find to violate the Constitution of the U.S.

I, Janae'-E.: Walton, am demanding that you take **immediate** action to stop the above stated party from engaging in the violations stated above and to hold said parties accountable for dishonoring the law.

In resolution, I demand the IMMEDIATE return of my private property; Jaivyn-E.: Walton, I demand psychiatric evaluations for everyone in the above stated parties and results placed onto **public** record, I demand this Claim be placed onto **public** record, I demand invoice for violations to be payed (wire transferred to Fidelity Investments Account # Z24480764), I demand a restraining order placed on AHMARI N. SMITH and the rest of the Paternal family members for 12 months, and I demand a 'Motion to Dismiss' with extreme Prejudice placed onto **public** record. I demand judgement in the amount of $150,000,000.00 (ONE HUNDRED FIFTY MILLION DOLLARS), in silver dollars, fiat money, or money of account/credit, at par value.  Any relief granted to me would be greatly appreciated.

Funds from Violations Invoice are being demanded from each judge and lawyers' 'Surety Bonds and/or Cestui Que Vie Trust, the clerks' "Official Bonds and/or Cestui Que Vie Trust, and the Cestui Que Vie Trust of AHMARI N. SMITH, so that recorded UCC 3 filing can be satisfied and released.

Thank You for your time and attention,
Sincerely and without ill will, vexation, or frivolity.

Please address all future correspondence on the matter to a direct Human Self, namely Janae' of the Walton family, as commonly called.

*NOTICE TO AGENT IS NOTICE TO PRINCIPLE*
*AND*
*NOTICE TO PRINCIPLE IS NOTICE TO AGENT*

By: _Janae'-Elizabeth Walton_ Sui Juris
Janae'-Elizabeth: Walton, Sui Juris
WITHOUT PREJUDICE, all
Natural Inalienable Rights Reserved 1-308

SUBSCRIBED AND SWORN to before me this ___8___ day of ___June___ 2023.

_____
NOTARY PUBLIC in and for the
STATE of ___GA___ residing in _COBB COUNTY_
My commission expires:
01 / 23 / 2027

Notary Public
F. Garrett
Cobb County, GA
Exp. January 23, 2027